In the Matter of the Probate of the Last Will and Testament of CAROLYN L. CASPER, Also Known as CAROLYN L. CASPAR, Deceased. WILLIAM F. CASPER, Appellant; ALLAN R. CAMPBELL and Another, as Executors, etc., of CAROLYN L. CASPER, Deceased, Respondents.— Decree of Surrogate's Court of Westchester county dismissing the objections filed by appellant and admitting to probate the will of Carolyn L. Casper, also known as Carolyn L. Caspar, unanimously affirmed,

---

* See, also, *Ehret* v. *Village of Scarsdale* (244 App. Div. 30).

with costs, payable by appellant. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.